UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT M. POWELL,  Civil Action No. 15-CV-10486

          Plaintiff(s),

-vs-  Hon. Marianne O. Battani

COMENITY BANK,

          Defendant(s).
_____/

ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal [Doc #35] filed on December 7, 2017, IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Comenity Bank are dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Date:  January 26, 2018

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on January 26, 2018.

s/ Kay Doaks
Case Manager